UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| BUTLER SUPPLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-CV-1796-JAR |
| ) | |
| POWER & DATA, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its review of the record. On November 26, 2013, Plaintiff filed its Motion for Summary Judgment. (Doc. No. 14) The Court subsequently extended the time to respond to the motion until June 13, 2014. (Doc. Nos. 16, 20) Defendants Hof Construction, Inc. and Federal Insurance Company filed their Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment on June 13, 2014. (Doc. No. 30)  Also on June 13, 2014, Plaintiff Butler Supply, Inc. and Defendant Jeffrey Malks filed a Notice of Settlement of Count IV only (suit on personal guaranty against Jeffrey Malks). (Doc. No. 28) To date, Defendant Power & Data, LLC has not responded to Plaintiff's Motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Power & Data, LLC, is granted until **Wednesday, August 27, 2014** to respond to Plaintiff's Motion for Summary Judgment.

---

[1] Pursuant to E.D.Mo. L.R. 4.01(F), a party opposing a motion for summary judgment must file a memorandum in opposition and any appropriate documentary evidence twenty-one (21) days after being served with the motion.

(Doc. No. 14) Failure to do so will result in the Court ruling on Plaintiff's unopposed motion as to its claims against Defendant Power & Data, LLC.

Dated this 19th day of August, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE